724

*William Fisher, W. H. Watson,* and *S. Pasco* for respondents.

No. 783. COMPAGNIE GENERALE TRANSATLANTIQUE *v.* ELTING, COLLECTOR OF CUSTOMS; and

No. 784. HAMBURG-AMERICAN LINE *v.* SAME. April 29, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Roger O'Donnell, William J. Peters,* and *Lambert O'Donnell* for petitioners. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. M. Leo Looney, Jr.,* and *Paul A. Sweeney* for respondent.

No. 809. CHANDLER & PRICE CO. *v.* BRANDTJEN & KLUGE, INC., ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Wallace R. Lane* and *John F. Oberlin* for petitioner. *Mr. Dean S. Edmonds* for respondents.

No. 820. BECKER STEEL CO. *v.* CUMMINGS, ATTORNEY GENERAL, ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. E. Crosby Kindleberger* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for respondents.

No. 827. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HELMHOLZ. April 29, 1935. Petition for writ of certiorari to the United States Court of Appeals